IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 9 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

ROBERT GLASGOW,
        Plaintiff,

v.                              CIVIL ACTION NO. 4:17CV-341

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,
        Defendant.

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

For his voluntary Motion to Dismiss without Prejudice, Robert Glasgow, Plaintiff would respectfully show the Court:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Robert Glasgow before trial, but after Defendant has filed an answer, respectfully moves the Court to render its order dismissing the Petition without prejudice.

2. Petitioner has consulted with counsel for Defendant, who does not oppose this motion.

WHEREFORE, Petitioner respectfully moves the Court to render its order dismissing the Petition without prejudice.

Respectfully submitted,

Kent Canada
Attorney for Plaintiff
1900 Preston Road #267
Plano, Texas 75093
SBN: 03733720

214-632-7228
800-425-5059 telecopy

attorney@kentcanadalaw.com

## CERTIFICATE OF CONFERENCE

I certify that I contacted the attorney for the Defendant by contacting Patrick Kemp, with Segal McCambridge, in the above-referenced matter and Patrick Kemp stated that Defendant does not oppose the attached motion.

Kent Canada

I certify a true and correct copy
was served on opposing counsel
on the 18th day of July 2017.

Kent Canada

# Kent Canada

**Attorney at Law**

July 18, 2017

United States District Clerk
501 W 10th St Room 310
Fort Worth, Texas 76102

    Re  :    Glasgow v. Allied
               4:17CV-341

Dear Clerk:

Please find the original and a Judge's Copy of Plaintiff's Motion to Dismiss without Prejudice enclosed with this cover letter.

Please also find a proposed Order enclosed with this letter.

Please file the original Motion to Dismiss and please present the Motion along with the proposed Order to the Court for consideration.

Please contact me with your questions.

                              Sincerely,

                              Kent Canada

KC:kc

c:    client
      opposing counsels

Received stamp: JUL 19 2017