IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 19 2017
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

ROBERT GLASGOW,
       Plaintiff,

v.                                    CIVIL ACTION NO. 4:17CV-341

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,
       Defendant.

## ORDER ON PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

The voluntary Motion to Dismiss without Prejudice, filed by Robert Glasgow, Plaintiff, through his attorney, Kent Canada, has come before the Court:

1. The Court finds the Motion is not opposed and is well taken.

2. The Court further finds the Motion should be gratned.

3. The Court further finds the Motion was filed after Defendant filed an answer.

IT IS THEREFORE ORDERED the Petition is dismissed without prejudice.

SIGNED this 19 day of July 2017.

_____
JUDGE

Respectfully submitted,

_____
Kent Canada
Attorney for Plaintiff
1900 Preston Road #267
Plano, Texas 75093
SBN: 03733720
214-632-7228; 800-425-5059 telecopy
attorney@kentcanadalaw.com