IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT GLASGOW, | § |
| Plaintiff, | § |
| VS. | § NO. 4:17-CV-341-A |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the order on plaintiff's motion to dismiss without prejudice signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Robert Glasgow, against defendant, Allied Property and Casualty Insurance Company, be, and are hereby, dismissed without prejudice.

SIGNED July 19, 2017.

JOHN McBRYDE
United States District Judge